**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stacie Dawn Shaffer
  Debtor(s)

CHAPTER 13

BKY. NO. 25-21025 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
28 Apr 2025, 16:16:21, EDT

Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com