**Fill in this information to identify your case:**

Debtor 1 ___stacie_____dawn_____
            Middle Name         Last Name
         _____shaffer_____
Debtor 2 _____
(Spouse, if filing)  First Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

FILED
5/5/2025  3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

25-21025

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ stacie dawn shaffer
  stacie dawn shaffer
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 05/05/2025
     MM / DD / YYYY

Date _____
     MM / DD / YYYY

Official Form 106Dec         **Declaration About an Individual Debtor's Schedules**