

FILED
5/5/2025  4:03 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

25-21025

### Weekly Benefit Certifications

Below are the weeks for which you have completed certifications to continue your unemployment benefits.

| # | Week Ending | Certification Filing Date | Benefit Pay Date | Payment Number | Benefit Amount | Federal Withholding | Payment Amount |
|---|---|---|---|---|---|---|---|
| 7 | 05/03/2025 | 05/05/2025 12:11:24 PM | Disqualified | N/A | $580.00 | $0.00 | $0.00 |
| 6 | 04/26/2025 | 04/28/2025 7:27:22 AM | 04/29/2025 | 6290341 | $580.00 | $56.00 | $505.00 |
| 5 | 04/19/2025 | 04/20/2025 7:36:00 PM | 04/21/2025 | 6240558 | $580.00 | $56.00 | $505.00 |
| 4 | 04/12/2025 | 04/14/2025 1:33:42 PM | 04/15/2025 | 6209627 | $580.00 | $56.00 | $505.00 |
| 3 | 04/05/2025 | 04/06/2025 8:54:19 PM | 04/14/2025 | 6201672 | $580.00 | $56.00 | $505.00 |
| 2 | 03/29/2025 | 04/02/2025 3:33:56 PM | 04/14/2025 | 6201672 | $580.00 | $56.00 | $505.00 |
| 1 | 03/22/2025 | 03/27/2025 2:29:59 PM | Not Applicable | N/A | $580.00 | $0.00 | $0.00 |

Page 1 of 1   Rows 100

[ File Benefit Certification | Weekly Certification Log ]

### Payment Summary

Below are the details on how each weekly payment was determined.

| # | Week Ending | WBA | Partial Credit | Earnings Claimed | Dependent(s) Allowance | Reduction Amount | Total Deductions | Pa... Am... |
|---|---|---|---|---|---|---|---|---|
| 7 | 05/03/2025 | $580.00 | $174.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 6 | 04/26/2025 | $580.00 | $174.00 | $0.00 | $0.00 | $19.00 | $56.00 | $5... |
| 5 | 04/19/2025 | $580.00 | $174.00 | $0.00 | $0.00 | $19.00 | $56.00 | $5... |
| 4 | 04/12/2025 | $580.00 | $174.00 | $0.00 | $0.00 | $19.00 | $56.00 | $5... |
| 3 | 04/05/2025 | $580.00 | $174.00 | $0.00 | $0.00 | $19.00 | $56.00 | $5... |
| 2 | 03/29/2025 | $580.00 | $174.00 | $0.00 | $0.00 | $19.00 | $56.00 | $5... |
| 1 | 03/22/2025 | $580.00 | $174.00 | Staff: $99.00 | $0.00 | $0.00 | $0.00 | |

Page 1 of 1

Based on the policy of your financial institution it may take up to three days for funds to appear in your account.